UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO.: 1:07-CR-021-SPM

LUIS MATA-MORENO,

    Defendant.

_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

**THIS CAUSE** comes before the Court on the Defendant's "Motion to Continue Sentencing" (doc. 160). As grounds, Defendant states the need for more time to finalize his substantial assistance to the Government. The Government does not oppose the granting of this motion.

It is hereby **ORDERED AND ADJUDGED** as follows:

1.     Defendant's motion to continue (doc. 160) is *granted*.

2.     Defendant's sentencing is reset for **Monday, April 28, 2008 at 1:30 p.m.**

**DONE AND ORDERED** this fourth day of April, 2008.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge