UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             CASE NO.: 1:07-CR-021-SPM

LUIS MATA-MORENO,
LUIS ANTONIO BUJANDA-CALLEJAS,

    Defendants.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the Defendant's "Motion to Continue Sentencing" (doc. 180).  As grounds, Defendant Mata-Moreno states the need for both Defendants to finalize their substantial assistance to the Government.  Both Defendants request that the sentencing be continued for sixty (60) days.  Neither co-counsel Robert Rush nor the Government opposes the granting of this motion.

It is hereby **ORDERED AND ADJUDGED** as follows:

1.     Defendant's motion to continue (doc. 180) is _granted_.

2.     Defendant's sentencing is reset for **Monday, August 4, 2008 at 1:30 p.m.**

**DONE AND ORDERED** this thirtieth day of May, 2008.

                                         _s/ Stephan P. Mickle_
                                         Stephan P. Mickle
                                         United States District Judge