UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 1:07-CR-021-SPM

LUIS MATA-MORENO,

    Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS CAUSE comes before the Court on the Defendant's "Amended Motion to Continue Sentencing" (doc. 194).  As grounds, Defendant states the need for more time to finalize sentencing issues.  Additionally, because of numerous trials scheduled on October 6, 2008, defense counsel will be unavailable to attend the sentencing hearing.  The Government does not oppose the granting of this motion.

It is hereby ORDERED AND ADJUDGED as follows:

1.     Defendant's amended motion to continue (doc. 194) is **granted**.

2.     Defendant's sentencing is reset for **Monday, November 3, 2008 at 1:30 p.m.**

3.     Defendant's first motion to continue sentencing (doc. 192) is

denied as moot.

DONE AND ORDERED this <u>fifth</u> day of September, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge