UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 1:07-CR-021-SPM

LUIS MATA-MORENO,

    Defendant.

_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS CAUSE comes before the Court on the Defendant's "Amended Motion to Continue Sentencing" (doc. 213).  The Government does not oppose the granting of this motion.

It is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's motion to continue the sentencing (doc. 213) is *granted*.

2. Defendant's sentencing is reset for **Monday, January 5, 2009 at 1:30 p.m.**

DONE AND ORDERED this thirty-first day of September, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge