UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                CASE NO.: 1:07-CR-021-SPM

LUIS MATA-MORENO,

    Defendant.

_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING**

THIS CAUSE comes before the Court on the Defendant's motion to continue sentencing (doc. 218). Upon consideration, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's motion (doc. 218 ) is **granted**.

2. Defendant's sentencing is reset for **Monday, March 2, 2009 at 1:30 p.m.**

DONE AND ORDERED this <u>second</u> day of January, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge